# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEAN BRYAN DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-103 RLW |
| ) | |
| FULTON STATE HOSPITAL, et al, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #8] is **DENIED**.

Dated this 16th day of February, 2018.

*Ronnie L. White*

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE