# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEAN BRYAN DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-103 RLW |
| ) | |
| FULTON STATE HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal motion for transfer of this action to the United States District Court for the Western District of Missouri. Plaintiff's motion will be denied.

On January 29, 2018, the Court reviewed plaintiff's action pursuant to 28 U.S.C. § 1915 and found that it was subject to dismissal for frivolousness and for failure to state a claim upon which relief may be granted. Plaintiff filed a notice of appeal in this closed matter on February 8, 2018. The Eighth Circuit Court of Appeals affirmed the dismissal of this action on September 14, 2018. *See Davidson v. Fulton State Hosp.*, No. 18-1619 (8th Cir. 2018).

As noted in the Court's August 22, 2018 Memorandum and Order, the Court will not transfer a closed case to the Western District Court. Moreover, plaintiff has filed almost three identical actions in the Western District of Missouri within the past year that were dismissed as frivolous. *See Davidson v. Fulton State Hospital*, No. 2:17CV4018 FJG (W.D.Mo. 2017); *Davidson v. Fulton State Hospital*, No. 2:17CV4019 FJG (W.D.Mo. 2017); *Davidson v. Walker*, No. 2:17CV4147 FJG (W.D.Mo. 2017).

Furthermore, this is plaintiff's third post-dismissal motion seeking change of venue and/or transfer. As this Court has already addressed this matter previously, and the matter has

already been taken up by the Eighth Circuit Court of Appeals, the Court will instruct the Clerk not to accept any additional filings from plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion requesting transfer [Doc. #30] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL NOT ACCEPT ANY ADDITIONAL PLEADINGS FROM PLAINTIFF IN THIS MATTER**. Any filings from plaintiff shall be returned to him.

Dated this 2nd day of January, 2019.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE